IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

TEON D'MON HILL,

          Petitioner,

vs.

ROB JEFFREYS,

          Respondent.

8:23CV13

MEMORANDUM AND ORDER

This matter is before the Court on Petitioner's Motion for Leave to Appeal in Forma Pauperis. Filing No. 25. Petitioner filed a Notice of Appeal, Filing No. 24, on March 12, 2024. Petitioner appeals from the Court's Memorandum and Order and Judgment dated February 27, 2024. Filing Nos. 22 & 23. Upon review of Petitioner's Motion for Leave to Appeal in Forma Pauperis and trust account information, Filing No. 27, the Court finds Petitioner is entitled to proceed in forma pauperis on appeal.

IT IS ORDERED that: Petitioner's Motion for Leave to Appeal in Forma Pauperis, Filing No. 25, is granted.

Dated this 15th day of April, 2024.

BY THE COURT:

*Joseph F. Bataillon*

Joseph F. Bataillon
Senior United States District Judge